UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE WELLS,

    Plaintiff,

v.                              Case No. 11-CV-12884
                               HON. GEORGE CARAM STEEH

HOME DEPOT USA, INC.,

    Defendant.

_____/

## JUDGMENT

The above entitled matter has come before the court on cross-motions for summary judgment, and in accordance with the court's order granting defendant's motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant on plaintiff's claims.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                                            BY: s/Josephine Chaffee
                                                  DEPUTY COURT CLERK

Dated: March 22, 2012